# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOSHUA KEENE,
     Appellant,
    vs.
JACQUELINE SANTOS,
     Respondent.

No. 70913

FILED

JUN 09 2017



## *ORDER DISMISSING APPEAL*

This is an appeal from a district court's minute order awarding attorney fees. Eighth Judicial District Court, Clark County; Mathew Harter, Judge.

This court previously entered an order to show cause directing appellant to demonstrate this court's jurisdiction because we have long held that a minute order is not an appealable order. *Rust v. Clark Cty. School District*, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987). Appellant has responded to our order and argues that because the minute order was issued by the district court judge and notice of entry was filed and served on the parties by the clerk, and because respondent has been able to initiate executing on the judgment, that the minute order should serve as an appealable final order. Respondent has not filed a response.

We conclude that we lack jurisdiction. An oral ruling of this nature, even if it is recorded in the minutes, only becomes effective for the purpose of allowing an appeal to be taken once it has been memorialized in a signed, written, file-stamped order. *See id.; see also Div. of Child & Family Servs., Dep't of Human Res. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004). The fact that the district court filed the notice of entry of the minutes that it served upon the parties does

SUPREME COURT
OF
NEVADA

(O) 1947A

not change our analysis of this matter—as we have repeatedly held that only a signed, written, file-stamped order may be appealed. *See Rust*, 103 Nev. at 689, 747 P.2d at 1382; *see also Div. of Child Si Family Servs*, 120 Nev. at 454, 92 P.3d at 1245. We conclude that we lack jurisdiction, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Mathew Harter, District Judge
        M. Nelson Segel, Settlement Judge
        Nehme-Tomalka & Associates
        Black & LoBello
        Eighth District Court Clerk